# United States District Court
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:17-MJ-2102-2JG |
| | ) | |
| ELIAS MONTIEL | ) | Charging District: Western District of Texas |
| *Defendant* | ) | Charging District's Case No. 1:17-CR-399-11 |

FILED IN OPEN COURT
ON 12/15/17
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States Courthouse 501 West 5th Street Austin, TX 78701 512-916-5896 | Courtroom No.: Contact US District Court |
|---|---|
| | Date and Time: Contact US District Court |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/15/2017

_____
*Judge's signature*

JAMES E. GATES, US MAGISTRATE JUDGE
*Printed name and title*